UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.07-CR-60060-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

DAVID MARGOLIS
    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

THIS CAUSE came before the Court upon the Defendant, David Margolis' Motion for Early Termination of Probation (D.E. #286) filed on January 6, 2009. Upon consideration and review of the Defendant's Motion and U.S. Probation Office's Memorandum dated January 16, 2009, it is hereby

ORDERED AND ADJUDGED that the Defendant s Motion for Early Termination of Probation is **GRANTED**. **Therefore, the U.S. Probation Office shall terminate supervision of the Defendant.**

DONE and ORDERED in Chambers at Miami, Florida this 20th day of January, 2009.

PAUL C. HUCK
STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Probation
U.S. Marshal